IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STACEY R. BARTELT                                                                                    PLAINTIFF

v.                                       CASE NO. 1:09-cv-00069 JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                      DEFENDANT

## ORDER

Now pending is Plaintiff's Motion to Dismiss (DE #18). Having received no objection from the Commissioner, the Court grants Plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's case be DISMISSED WITHOUT PREJUDICE. The Commissioner's pending Motion to Remand (DE #16) is thus DENIED as moot.

Dated this 27th day of August, 2010

_____
United States Magistrate Judge